USDC SCAN INDEX SHEET










```
KAT    4/18/00    14:43
2:00-M -08377    USA V. SILVESTRE-PORRAS
*1*
*CRCMP.*
```

FILED
APR 17 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 00 mg 8377 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Miguel SILVESTRE-Porras<br>DOB : 06/16/66 | Importation of a Controlled Substance<br>(Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about April 15, 2000, within the Southern District of California, defendant Miguel SILVESTRE-Porras did knowingly and intentionally import approximately 110.6 pounds of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Mark E. Fox, Senior Special Agent
U.S. Customs Service

Sworn to before me and subscribed in my presence, April 17, 2000

JOSEPH SCHMITT
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Miguel SILVESTRE-Porras**

### STATEMENT OF FACTS

On April 15, 2000 at approximately 1315 hours, Miguel SILVESTRE-Porras attempted to enter the United States at the Calexico, California, West Port of Entry. SILVESTRE was driving a 1990 Ford Ranger truck, registered to SILVESTRE. At pre-primary inspection, a US Customs Narcotics Detector Dog (NDD) alerted to the truck SILVESTRE was driving. SILVESTRE made a negative Customs Declaration, said he was going to Los Angeles, California and that he had purchased the truck 6 weeks ago. The pre-primary inspector escorted SILVESTRE through the primary lanes, where SILVESTRE made a second negative Customs Declaration.

A subsequent inspection of the truck revealed 30 packages wrapped in brown tape inside a specially constructed compartment in the bed of the truck. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 30 packages had a combined net weight of approximately 110.6 pounds.

SILVESTRE was placed under arrest and advised of his Miranda Rights, which he acknowledged and waived, agreeing to answer questions. SILVESTRE said he had bought the truck, for about $3000 US currency, approximately 6 weeks ago in the Los Angeles, California area, but he did know what dealer he had bought the truck from. SILVESTRE said he was going to Los Angeles to buy products for his business and then return to Mexicali, Mexico. SILVESTRE denied knowledge of the marijuana found in the truck. A Mexican vehicle registration was recovered from the truck which indicates the truck was registered to SILVESTRE on February 25, 2000.

SILVESTRE was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.