USDC SCAN INDEX SHEET










```
KAT    4/27/00    13:33
3:00-CR-01394    USA V. SILVESTRE-PORRAS
*5*
*CRINDI.*
```

FILED

00 APR 26 PM 3:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 1999 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '00 CR 1394 J |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| MIGUEL SILVESTRE-PORRAS, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana With |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about April 15, 2000, within the Southern District of California, defendant MIGUEL SILVESTRE-PORRAS did knowingly and intentionally import approximately 50.3 kilograms (approximately 110.6 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

DLK:lml:Imperial
4/21/00

Count 2

On or about April 15, 2000, within the Southern District of California, defendant MIGUEL SILVESTRE-PORRAS did knowingly and intentionally possess, with intent to distribute, approximately 50.3 kilograms (approximately 110.6 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 26, 2000.

A TRUE BILL:

_____
Foreperson

GREGORY A. VEGA
United States Attorney

By: _____
DAVID L. KATZ
Assistant U.S. Attorney

2