# USDC SCAN INDEX SHEET










```
RYC    9/22/00    14:18
3:00-CR-01394    USA V. SILVESTRE-PORRAS
*22*
*CRJGMCOMI.*
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

MIGUEL SILVESTRE-PORRAS (1)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 00-1394-J

BY: F.D.: TONY CHENG
Defendant's Attorney

**THE DEFENDANT:**

_X_ pleaded guilty to count(s) ONE OF THE INDICTMENT.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **COUNT NUMBER(S)** |
|---|---|---|
| 21 USC 952,960 | IMPORTATION OF MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_X_  Oral motion of the Government, remaining count(s) dismissed.
_X_  Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $ 100.00 REMITTED.
_X_  It has been determined that the defendant is unable to pay a fine.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

SEPTEMBER 20, 2000
Date of Imposition of Sentence

NAPOLEON A. JONES, JR.
United States District Judge

ENTERED ON 9-22-00

00CR1394

DEFENDANT: SILVESTRE-PORRAS (1)  Judgment - Page  2  of 4
CASE NUMBER: 00-1394-J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE YEAR AND ONE DAY.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant shall self surrender to the court of the Honorable Napoleon A. Jones, Jr.:

  ☐ on _____

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                        UNITED STATES MARSHAL

                                        By _____
                                              Deputy Marshal

00CR1394

DEFENDANT: SILVESTRE-PORRAS (1)                    JUDGEMENT PAGE 3   OF 4
CASE NUMBER: 00-1394-J

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE YEARS.**
   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
   The defendant shall not commit another federal, state, or local crime.
   The defendant shall not illegally possess a controlled substance.
   *For offenses committed on or after September 13, 1994:*

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
   ___ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)
   _X_ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)
   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
   The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

```
AO  45B (Rev 3/95) Sheet 3 - Supervised Release
=================================================================
DEFENDANT: SILVESTRE-PORRAS (1)                    PAGE   4   OF 4
CASE NUMBER: 00-1394-J
```

## SPECIAL CONDITIONS OF SUPERVISION

__X__   Not possess firearms, explosive devices or other dangerous weapons.

__X__   Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, By the probation officer.

__X__   If deported, excluded or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the Probation Officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

__X__   Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

__X__   Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer.

00CR1394